JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-1455 AG (MLGx) | Date | January 19, 2010 |
|---|---|---|---|
| Title | ROKHIDEH v. WELLS FARGO BANK, N.A. | | |

Present: The Honorable  ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:**    **[IN CHAMBERS] ORDER DISMISSING CASE WITHOUT PREJUDICE**

On December 17, 2009, this Court issued an order regarding pretrial matters ("December 17 Order"). The Court ordered Plaintiff, by January 15, 2010, to file a declaration under penalty of perjury stating that there had been compliance with Rule 11(b) of the Federal Rules of Civil Procedure and specifically stating that the allegations supporting federal jurisdiction complied with Rule 11(b).

The December 17 Order stated:

> If the declaration required by paragraph 1 is not timely filed, the Court will assume Plaintiff does not wish to pursue this case at this time in federal court, and to avoid a dismissal with prejudice, this case will be immediately dismissed WITHOUT PREJUDICE.

(December 17 Order at 1-2.)

Plaintiff has not filed the declaration required by the December 17 Order. Accordingly, this case is DISMISSED without prejudice. The Motion to Dismiss of Defendant Wells Fargo Bank NA Motion is VACATED as moot.

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-1455 AG (MLGx) | Date | January 19, 2010 |
|---|---|---|---|
| Title | ROKHIDEH v. WELLS FARGO BANK, N.A. | | |

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |